IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-131-FDW-DCK

| TROPICAL NUT & FRUIT CO., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| RECHARGE FOODS, LLC, and RECHARGE FOODS, LLC, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 12) filed by Mark P. Henriques, concerning Susan E. Clady on March 27, 2013. Ms. Clady seeks to appear as counsel *pro hac vice* for Defendants Forward Foods, LLC and Recharge Foods, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 12) is **GRANTED.** Ms. Clady is hereby admitted *pro hac vice* to represent Defendants Forward Foods, LLC and Recharge Foods, LLC.

**SO ORDERED**.

Signed: March 27, 2013

David C. Keesler
United States Magistrate Judge